IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

BRIAN HEFFNER,                              )
                                            )
            Plaintiff                       )   Civil Action
                                            )   No. 13-cv-00194
     v.                                     )
                                            )
LIFESTAR RESPONSE OF NEW JERSEY, INC.,      )
  trading and doing business as,            )
  LIFESTAR RESPONSE OF PENNSYLVANIA,        )
                                            )
            Defendant                       )

**O R D E R**

NOW, this 27th day of September, 2013, upon consideration of the following documents:

(1) Plaintiff's Motion to Remand filed February 11, 2013, together with,

   (A) Plaintiff's Brief in Support of His Motion to Remand; and

(2) Defendant's Opposition to Plaintiff's Motion to Remand, which opposition was filed February 25, 2013; and

(3) Notice of Removal filed January 10, 2013, together with,

   (A) Complaint filed by plaintiff in the Court of Common Pleas of Lehigh County, Pennsylvania on December 4, 2012;

after oral argument held before me on April 10, 2013[1]; and for the reasons expressed in the accompanying Opinion,

---

[1]  I scheduled a hearing on Plaintiff's Motion to Remand to commence April 10, 2013 to provide each party with the opportunity to present witnesses and evidence in support of their respective positions concerning

(Footnote 1 continued):

IT IS ORDERED that Plaintiff's Motion to Remand is granted.

IT IS FURTHER ORDERED that the within matter is remanded to the Court of Common Pleas of Lehigh County, Pennsylvania.

IT IS FURTHER ORDERED that the Clerk of Court shall transmit the record papers and docket entries in this matter to the Clerk of Courts-Civil Division of the Court of Common Pleas of Lehigh County, Pennsylvania.

IT IS FURTHER ORDERED that the Clerk of Court shall mark this matter dismissed and closed for statistical purposes.

BY THE COURT:

/s/ James Knoll Gardner  
James Knoll Gardner  
United States District Judge

---

(Continuation of footnote 1):

remand.  At that hearing, John R. Kantner, Esquire, counsel for plaintiff, and Trisha M. Majumdar, counsel for defendant, each stated on the record that they would not be calling any witnesses or presenting any evidence, and that they each intended to proceed with oral argument only.  Accordingly, counsel presented their respective arguments and, at the close of the proceeding, I took the matter under advisement.  Hence this Order and accompanying Opinion.